IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW JAMES SMITH; PAUL
CALLEN; DARREN PARKER; LYNN
WARNER; KATHY POWELL; ANN
CORKERY; ALLAN D. CLACK;
KEVIN CORKERY; and JBC
RANCH PROPERTIES, LLC,

        Plaintiffs,

        v.

TUMALO IRRIGATION DISTRICT;
RONALD ALVARADO; and NATURAL
RESOURCES CONSERVATION SERVICE,

        Defendants.

Case No. 6:20-cv-00345-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 92), and the matter is now before this Court on Plaintiffs' objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 92) is adopted in full. Plaintiffs' Motion for Partial Summary Judgment (ECF No. 67) is DENIED and Defendant Tumalo Irrigation District's Motion for Partial Summary Judgment (ECF No. 69) is GRANTED.

1 – ORDER

IT IS SO ORDERED.

DATED this 29th day of September, 2022.

                                                  s/Michael J. McShane
                                                          Michael McShane
                                            United States District Judge

2 – ORDER