IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW JAMES SMITH; PAUL CALLEN; DARREN PARKER; LYNN WARNER; KATHY POWELL; ANN CORKERY; ALLAN D. CLACK; KEVIN CORKERY; AND JBC RANCH PROPERTIES, LLC,

    Plaintiffs,

    v.

TUMALO IRRIGATION DISTRICT; RONALD ALVARADO; and NATURAL RESOURCES CONSERVATION SERVICE,

    Defendants.

Case No. 6:20-cv-00345-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 120), and the matter is now before this Court on Plaintiffs' objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 120) is adopted in full. The Federal Defendants' Motion for Summary Judgment are GRANTED. Plaintiff's Motion for Partial Summary Judgment are DENIED. Plaintiffs' federal claims are DISMISSED.

IT IS SO ORDERED.

DATED this   30th   day of October, 2023.

       /s/Michael McShane
       Michael McShane
       United States District Judge