IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MATTHEW JAMES SMITH; PAUL CALLEN; DARREN PARKER; LYNN WARNER; KATHY POWELL; ANN CORKERY; ALLAN D. CLACK; KEVIN CORKERY; AND JBC RANCH PROPERTIES, LLC,** | |
| Plaintiffs, | Case No. 6:20-cv-00345-MK |
| v. | AMENDED JUDGMENT |
| **TUMALO IRRIGATION DISTRICT; RONALD ALVARADO; and NATURAL RESOURCES CONSERVATION SERVICE,** | |
| Defendants. | |

MCSHANE, Judge:

    Based on the record, Plaintiffs' claims are DISMISSED.

    IT IS SO ORDERED.

DATED this <u>2nd</u> day of November 2023.

                                                      /s/ Michael J. McShane
                                                         Michael McShane
                                            United States District Judge